# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00417

KSENIA MARKEL,

    Plaintiff,

v.

SANDSTONE CARE, LLC;
SANDSTONE CARE COLORADO, LLC;
SANDSTONE CARE COS, LLC; and
SANDSTONE CARE HOLDINGS, LLC,

    Defendants.

_____

## JOINT STIPULATION OF DISMISSAL
_____

Pursuant to FRCP 41, Plaintiff, KSENIA MARKEL, and Defendants, SANDSTONE CARE LLC, SANDSTONE CARE COLORADO, LLC, SANDSTONE CARE COS, LLC, and SANDSTONE CARE HOLDINGS, LLC (collectively, "Sandstone Defendants") hereby stipulate that all claims of Plaintiff Ksenia Markel against Sandstone Defendants be dismissed in their entirety with prejudice, each party to bear its own fees and costs.

Respectfully submitted June 17, 2024.

                                                         EISENBERG & BAUM, LLP

                                                         /s/*Andrew Rozynski*
                                                         Andrew Rozynski
                                                         24 Union Square East, PH
                                                         New York, NY 10003
                                                         Tel: (212) 353-8700

Fax: (917) 591-2875
arozynski@eandblaw.com

TAYLOR | ANDERSON LLP

/s/ *Benjamin Wright*
Brent D. Anderson
Benjamin Wright
1670 Broadway, Suite 900
Denver, CO 80202
Phone: (303) 551-6660
Fax: (303) 551-6661
banderson@talawfirm.com
*Attorneys for Sandstone Defendants*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

EISENBERG & BAUM, LLP

Andrew Rozynski
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com

FOX AND ROBERTSON, PC

Amy F. Robertson
1 Broadway, Suite B205
Denver, CO 80203
(303) 951-4164
arob@foxrob.com
*Attorneys for Plaintiff*

TAYLOR | ANDERSON, LLP
Brent D. Anderson
Benjamin Wright
1670 Broadway
Denver, CO 80202
(303) 551-6656
banderson@talawfirm.com
bwright@talawfirm.com
*Attorneys for Defendants*

                              */s/De'von Rewerts* _____
                              For Taylor | Anderson, LLP